AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 25-MJ-4307-DHH |
| JOSE PEREZ | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 11, 2025__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(ii) | Attempted Posession with Intent to Distribute Five Kilograms of More of Cocaine |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Ryan P. Glynn.

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan P. Glynn, Special Agent, DEA
*Printed name and title*

~~Subscribed and~~ sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 06/11/2025

*Judge's signature*

City and state: Boston, Massachusetts

David H. Hennessy, U.S. Magistrate Judge
*Printed name and title*