✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** DEA _____

**City** Framingham _____

**County** Middlesex _____

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-4289-4291 DHH
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name Jose Perez                    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 541 W. Chestnut Street, Brockton, Massachusetts

Birth date (Yr only): 1978   SSN (last 4#): 3885   Sex: M   Race White   Nationality: El Salvador

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: J. Mackenzie Duane _____   Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** _____

**Arrest Date:** 6/11/2025 _____

☑ Already in Federal Custody as of 6/11/2025 _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/11/2025   Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(ii) | Attempted Possession with Intent to Distribute Five Kilograms or More of Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**